**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Franco Jonathan ECHAVARRIA, also known as Franco Johnathan Echavarria, also known as Franco J. Echavarria Garcia, also known as Franco Echavarria–Gonzalez, also known as Franco Jonathan Echavarria–Garcia, Defendant–Appellant.**

**No. 13–20539**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 17, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Franco Jonathan Echavarria, Beaumont, TX, pro se.

Before KING, HAYNES, and HIGGINSON, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**PER CURIAM:** *

The Federal Public Defender appointed to represent Franco Jonathan Echavarria has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Echavarria has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.